FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 31 2013

James N. Hatten, Clerk
By: /s/ M. McGuire
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHELSEA MAGEE, | : |
| | : |
| Plaintiff, | : |
| | :  Civil Action Number: |
| vs. | : |
| | :  1:13-cv-01232-ODE |
| AMERICAN SENIOR ASSOCIATION | : |
| HOLDING GROUP, INC., PHILLIP | : |
| KENT, and CHRISTOPHER POLK, | : |
| | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Joint Motion for Approving Settlement Agreement and Release. After reviewing the record, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release between the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was the result of arms-length negotiations and is not the result of any collusion.

Therefore, the Joint Motion for Approving Settlement Agreement and Release is hereby **GRANTED**, the settlement of the parties is hereby

**APPROVED.** Fees and costs shall be awarded consistent with the terms of the Settlement Agreement and Release.

IT IS SO ORDERED, this 31 day of Dec, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE