## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **CHELSEA MAGEE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action Number:** |
| **vs.** | : | |
| | : | **1:13-cv-01232-ODE** |
| **AMERICAN SENIOR ASSOCIATION** | : | |
| **HOLDING GROUP, INC., PHILLIP** | : | |
| **KENT, and CHRISTOPHER POLK,** | : | |
| | : | |
| **Defendants.** | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

*s/ David S. Fried*
David S. Fried
Georgia Bar No. 277319

FRIED & BONDER, LLC
White Provision, Suite 305
1170 Howell Mill Rd., N.W.
Atlanta, GA 30318

1

DELONG CALDWELL BRIDGERS
& FITZPATRICK, LLC
3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303-1741
Kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **CHELSEA MAGEE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action Number:** |
| **vs.** | : | |
| | : | **1:13-cv-01232-ODE** |
| **AMERICAN SENIOR ASSOCIATION** | : | |
| **HOLDING GROUP, INC., PHILLIP** | : | |
| **KENT, and CHRISTOPHER POLK,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date shown above, I electronically filed a true and correct copy of the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all attorneys of record.


*/s/ Kevin D. Fitzpatrick, Jr.*
Georgia Bar No. 262375

3